1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

GIOVANNI PEREZ,                    ) Case No. CV 17-09183-JVS (AS)
                                   )
                Petitioner,        ) **ORDER OF DISMISSAL**
                                   )
                                   )
      v.                           )
                                   )
UNKNOWN,                           )
                                   )
                Respondent.        )
_____)

## I.  <u>BACKGROUND</u>

On December 22, 2017, Giovanni Perez ("Petitioner"), proceeding <u>pro se</u>, filed a one-page motion for an extension of time to file a petition for writ of habeas corpus ("Motion"). (Docket Entry No. 1).

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody

1

is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c). Petitioner fails to allege any claim(s), much less any claims which go to the fact or duration of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

Moreover, since Petitioner has failed to name the proper respondent, the name of the state officer having custody over Petitioner (i.e., prison warden), see Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1984); Rule 2(a), Rules Governing Section 2254 Cases in the United States Supreme Court, the Court lacks jurisdiction over the Petition. See Smith v. Idaho, 392 F.3d 350, 352-55 (9th Cir. 2004).

Since Petitioner does not state a claim for relief under 28 U.S.C. § 2254, denial of the Motion is warranted.

///
///
///
///
///
///
///
///
///
///

**II.   ORDER**

ACCORDINGLY, IT IS ORDERED that the Motion be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 3, 2018

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:
Dated: December 27, 2017

_____
/ s /
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE